IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) : | Consolidated Under MDL DOCKET NO. 875 |
| CERTAIN PLAINTIFFS : | |
| v. : | FILED |
| CERTAIN DEFENDANTS : | NOV 13 2009 |
| | MICHAEL E. KUNZ, Clerk By_____Dep. Clerk |

O R D E R

**AND NOW**, this **4th** day of **November 2009** it is hereby **ORDERED** that all claims against all the viable defendants in the cases listed in "Exhibit A", attached, are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is further **ORDERED** that these cases will be transferred to the "Bankruptcy Only" docket[1].

AND IT IS SO ORDERED.

EDUARDO C. ROBRENO, J.

---

[1] The bankruptcy-only docket contains all claims against all defendants in bankruptcy proceedings.

Exhibit "A"

| Plaintiff's Name | E.D. Pa. Case Number |
|---|---|
| ANNA MAE STARADUMSKY | 2:91-cv-03475-JG |
| RUTH I. PERDUE | 2:91-cv-03495-JG |
| DARLENE SCARPATO | 2:91-cv-03553-JG |
| HARRY STARK | 2:91-cv-03564-JG |
| ELIZABETH ASCENCIO | 2:91-cv-03644-JG |
| JEREMIAS GEMELLAS | 2:91-cv-03645-JG |
| ARLINE KLOS | 2:91-cv-03646-JG |
| ADAM FELETKSI | 2:91-cv-03703-JG |
| ARTHUR BECKMANN | 2:91-cv-03715-JG |
| ABRAHAM KATZ | 2:91-cv-03719-JG |
| BENJAMIN JAREFSKY | 2:91-cv-03739-JG |
| ELLA DAVIS | 2:91-cv-03769-JG |
| PHYLLIS POWELL | 2:91-cv-03825-JG |
| MELVIN JOHNS | 2:91-cv-03826-JG |
| CATHERINE HEGENBARTH | 2:91-cv-03827-JG |
| MICHAEL KOHONOVICH | 2:91-cv-03842-JG |
| GABRIEL CUSANI | 2:91-cv-03931-JG |
| DELIA BAILEY | 2:91-cv-03968-JG |
| LEON LAMKIN | 2:91-cv-03969-JG |
| O'CONNELL CANTRELL | 2:91-cv-03970-JG |
| ANGELA BIANCO | 2:91-cv-03971-JG |
| ETHEL CLARK | 2:91-cv-03972-JG |
| CHARLES G. CALHOUN | 2:91-cv-04015-JG |
| BARBARA DUNLEAVY | 2:91-cv-04016-JG |
| BERTHA ROBINSON | 2:91-cv-04021-JG |
| VERLON CRISS | 2:91-cv-04022-JG |
| GENE JOHNSON | 2:91-cv-04023-JG |
| BENJAMIN C. NASH | 2:91-cv-04024-JG |
| WILLIAM LOGAN | 2:91-cv-04025-JG |
| PHILIPPE STONE | 2:91-cv-04026-JG |
| CATHERINE E. QUINNEY | 2:91-cv-04119-JG |
| ROBERT J. GARDNER | 2:91-cv-04241-JG |
| DORA HAMMERSLEY | 2:91-cv-04247-JG |
| DOROTHY DELPAGGIO | 2:91-cv-04248-JG |
| DOLORES L. PYNE | 2:91-cv-04249-JG |
| ELSIE QUEFLANDER | 2:91-cv-04250-JG |
| ELEFTERIA MIHALOS | 2:91-cv-04251-JG |
| J. DALE LUTZ | 2:91-cv-04252-JG |
| ANNA MANLEY | 2:91-cv-04253-JG |
| CHARLES TURNEY | 2:91-cv-04254-JG |
| JOSEPH F. LAWLER | 2:91-cv-04255-JG |
| JOSEPH ACHUFF | 2:91-cv-04256-JG |
| BARRY CHAZIN | 2:91-cv-04257-JG |
| JOSEPH RADOLAN | 2:91-cv-04258-JG |
| HELEN BROOKS | 2:91-cv-04281-JG |
| CAROL K. FOSSELL | 2:91-cv-04377-JG |
| EDITH NEELAN | 2:91-cv-04412-JG |
| DENNISE L. VANDEGRIFT | 2:91-cv-04413-JG |
| CYNTHIA HILBERT | 2:91-cv-04419-JG |
| IRIS HOOPER | 2:91-cv-04420-JG |

| Name | Case Number |
|---|---|
| JOSEPHINE MALACHI | 2:91-cv-04468-JG |
| DOROTHY HATHCOCK | 2:91-cv-04550-JG |
| BERTHA RIVERS | 2:91-cv-04551-JG |
| JOHN SAYLOR | 2:91-cv-04559-JG |
| DONNA M. MEEHAN | 2:91-cv-04565-JG |
| JACOB A. KARLEY | 2:91-cv-04570-JG |
| EDITH WILSON | 2:91-cv-04572-JG |
| ALLIE FOWLKS | 2:91-cv-04573-JG |
| SAMUEL H. GRIFFITH | 2:91-cv-04574-JG |
| DORIS JAMES | 2:91-cv-04575-JG |
| CARL C. JUNE | 2:91-cv-04595-JG |
| GERALDINE ZIEGLER | 2:91-cv-04597-JG |
| FRANCIS MOOCK | 2:91-cv-04598-JG |
| FRANK F. BEAM | 2:91-cv-04619-JG |
| HENRY TRIO | 2:91-cv-04620-JG |
| JEAN DALE | 2:91-cv-04621-JG |
| WILLIAM J. BONNER | 2:91-cv-04669-JG |
| DORIS BOINS | 2:91-cv-04724-JG |
| CAROL F. FOX | 2:91-cv-04756-JG |
| BARBARA M. BOYLE | 2:91-cv-04762-JG |
| ANTONIO GRAMAGLIA | 2:91-cv-04763-JG |
| AUNTINETTE JACKSON | 2:91-cv-04764-JG |
| DOROTHY M. SCHULTZ | 2:91-cv-04765-JG |
| ELIZABETH KACHURKA | 2:91-cv-04766-JG |
| LILLIAN HULL | 2:91-cv-04788-JG |
| CHARLES MOTTRAM | 2:91-cv-04828-JG |
| FLORENCE CARR | 2:91-cv-04755-JG |
| ELIZABETH O'LEARY | 2:91-cv-04885-JG |
| LAURA M. RADIL | 2:91-cv-04886-JG |
| HELEN TOMACCIO | 2:91-cv-04887-JG |
| EARL RUSSELL | 2:91-cv-04974-JG |
| BARBARA ANN CLAUSS | 2:91-cv-04990-JG |
| OTTO J. ALEX | 2:91-cv-05002-JG |
| BARBARA GORMAN | 2:91-cv-05003-JG |
| ALBERT DAY | 2:91-cv-05004-JG |
| JOHN FAITH | 2:91-cv-05005-JG |
| DANIEL RECCHIUTI | 2:91-cv-05052-JG |
| SARAH SIMMONS | 2:91-cv-05056-JG |
| CATHERINE ARMSTRONG | 2:91-cv-05159-JG |
| ANTHONY CURCIO | 2:91-cv-05160-JG |
| GEORGE GRAVES | 2:91-cv-05247-JG |
| EUGENE WISNIEWSKI | 2:91-cv-05248-JG |
| CAROLINE MONTELEONE | 2:91-cv-05249-JG |
| CHRISTOPHER BUCHLER | 2:91-cv-05250-JG |
| GRACE TUMOLO | 2:91-cv-05269-JG |
| ANNE MARY WILLIAMSON | 2:91-cv-05306-JG |
| FRED PICCINNI | 2:91-cv-05307-JG |
| JOHN RUSSELL | 2:91-cv-05372-JG |
| CAROL LONG | 2:91-cv-05373-JG |
| JOHN WISNIEWSKI | 2:91-cv-05397-JG |
| MARY J. IULIANO | 2:91-cv-05398-JG |
| MARIE AUNGST | 2:91-cv-05399-JG |
| RANDOLPH ROGERS | 2:91-cv-05400-JG |
| DONALD W. FIELD | 2:91-cv-05401-JG |
| ANITA MARINO | 2:91-cv-05402-JG |
| MYRTICE GASTON | 2:91-cv-05403-JG |

| Name | Case Number |
|---|---|
| JAMES MICHAEL DRASS | 2:91-cv-05434-JG |
| ALFRED DINICOLA | 2:91-cv-05443-JG |
| JEANETTE GREENBERG | 2:91-cv-05449-JG |
| ALFRED N. FALCIANI | 2:91-cv-05477-JG |
| MARY ANNE SANDS | 2:91-cv-05478-JG |
| JOHN H. WALLSTIN | 2:91-cv-05479-JG |
| CLARENCE R. ZANE | 2:91-cv-05480-JG |
| BERTHA FELDMAN | 2:91-cv-05481-JG |
| ELIZABETH DUVOL | 2:91-cv-05482-JG |
| DOROTHY MINNEY | 2:91-cv-05483-JG |
| JOHN R. KUMES | 2:91-cv-05484-JG |
| IDA WILSON | 2:91-cv-05485-JG |
| HAROLD COLLER | 2:91-cv-05508-JG |
| JAMES CONROY | 2:91-cv-05509-JG |
| JAMES W. MOYER | 2:91-cv-05510-JG |
| CAROLINE SHARON | 2:91-cv-05511-JG |
| HELEN SPONTAK | 2:91-cv-05512-JG |
| DAVID O. GROSSMAN | 2:91-cv-05531-JG |
| CALEB MILLER | 2:91-cv-05539-JG |
| CHARLES F. KELLER | 2:91-cv-05555-JG |
| HENRY R. HEIL | 2:91-cv-05723-JG |
| ANTHONY CARONIA | 2:91-cv-05741-JG |
| JOHN J. LIND | 2:91-cv-05742-JG |
| JOAN E. BRADY | 2:91-cv-05743-JG |
| MERCEDES CARL | 2:91-cv-05745-JG |
| CLARA HALDEMAN | 2:91-cv-05746-JG |
| FLORENCE HARHI | 2:91-cv-05748-JG |
| ARLENE NEGRELLO | 2:91-cv-05750-JG |
| MALCOM MADENFORD | 2:91-cv-05751-JG |
| ALIENE OLIVER | 2:91-cv-05752-JG |
| LEO T. BEHE | 2:91-cv-05753-JG |
| GEORGIAN M. KLINE | 2:91-cv-05754-JG |
| HAROLD BEHRMAN | 2:91-cv-05767-JG |
| BONNIE BOSAK | 2:91-cv-05769-JG |
| OLGA HAAS | 2:91-cv-05770-JG |
| ERNEST ABRAHAM | 2:91-cv-05771-JG |
| KATHRYN FRENZEL | 2:91-cv-05804-JG |
| FLORENCE R. DERR | 2:91-cv-05920-JG |
| EVA MINKS | 2:91-cv-05928-JG |
| JOHN BRADLEY | 2:91-cv-05929-JG |
| DMYTRO MYSKO | 2:91-cv-05930-JG |
| FLORENCE FRANKS | 2:91-cv-05932-JG |
| MYRTLE WENZEL | 2:91-cv-06003-JG |
| EDITH WHEATON | 2:91-cv-06103-JG |
| JEANNE MAGDIN | 2:91-cv-06105-JG |
| CATHERINE PRIDE | 2:91-cv-06106-JG |
| DAVID SCHUSTER | 2:91-cv-06121-JG |
| JOHN SHEARER | 2:91-cv-06127-JG |
| CARL ZIMMERMAN | 2:91-cv-06128-JG |
| DOLORES BUTLER | 2:91-cv-06129-JG |
| ESTHER LEPIERE | 2:91-cv-06173-JG |
| GENEVIEVE KARPINSKI | 2:91-cv-06194-JG |
| ELSIE DUNN | 2:91-cv-06196-JG |
| ARTHUR WOOD | 2:91-cv-06218-JG |

| Name | Case Number |
|---|---|
| MATTHEW FINUCANE | 2:91-cv-06301-JG |
| PHYLLIS PENNETTI | 2:91-cv-06327-JG |
| DANIEL ARTHUR | 2:91-cv-06328-JG |
| LILLIAN BOZZI | 2:91-cv-06329-JG |
| PATRICIA GEREW | 2:91-cv-06332-JG |
| ROSEMARIE MILEY | 2:91-cv-06380-JG |
| BONNIE HARP | 2:91-cv-06454-JG |
| EDWARD SCULL | 2:91-cv-06481-JG |
| JOHN DANTZLER | 2:91-cv-06482-JG |
| EILEEN MOOD | 2:91-cv-06529-JG |
| DOMENICK R. MASSEI | 2:91-cv-06554-JG |
| CATHERINE LYONS | 2:91-cv-06777-JG |
| HARRY MCDOUGAL | 2:91-cv-06812-JG |
| OLGA KETEL | 2:91-cv-06821-JG |
| CAROLYN J. GREEN | 2:91-cv-06887-JG |
| FRANK MIRENO | 2:91-cv-06962-JG |
| ROLLAND GASKINS | 2:91-cv-07137-JG |
| FRANK McANALLY | 2:91-cv-07138-JG |
| JOSEPH ENNIS | 2:91-cv-07159-JG |
| MARLENE HAIG | 2:91-cv-07173-JG |
| EMMANUEL MONACO | 2:91-cv-07189-JG |
| HARRY BOCCELLI | 2:91-cv-07248-JG |
| MARGARET MARQUART | 2:91-cv-07280-JG |
| ELIZABETH M. LEPPING | 2:91-cv-07348-JG |
| JAMES GAUGHAN | 2:91-cv-07349-JG |
| AUDREY SIMS | 2:91-cv-07360-JG |
| ANNA KISSINGER | 2:91-cv-07362-JG |
| HENRY SCOTT | 2:91-cv-07468-JG |
| ROBERT H. HAMILTON | 2:91-cv-07519-JG |
| MARTIN BOSCO | 2:91-cv-07544-JG |
| JANET MORAVEC | 2:91-cv-07605-JG |
| IRVING F. MOORE | 2:91-cv-07606-JG |
| JAMES TERRANOVA | 2:91-cv-07628-JG |
| FRANK LUPI | 2:91-cv-07629-JG |
| ANTHONY G. SIMONE | 2:91-cv-07731-JG |
| MAX FOX | 2:91-cv-07732-JG |
| ANNA TOMECHECK | 2:91-cv-07782-JG |
| CARL BERG | 2:91-cv-07803-JG |
| BEVERLY ROWLEY | 2:91-cv-07804-JG |
| LAWRENCE R. MILLER | 2:91-cv-07806-JG |
| JOSEPH CAMPELLONE | 2:91-cv-07855-JG |
| JOHN FERGUSON | 2:91-cv-07869-JG |
| JOHN G. SANTONE | 2:91-cv-07870-JG |
| CHARLES CRAMER | 2:91-cv-07905-JG |
| ANTHONY PAGLIOCCA | 2:91-cv-07906-JG |
| LORRAINE KONACK | 2:91-cv-07965-JG |
| JEAN KNIESE | 2:92-cv-00082-JG |
| HELEN WOLBERT | 2:92-cv-00137-JG |
| ROBERT WAITE | 2:92-cv-00201-JG |
| LAWRENCE WHYNO | 2:92-cv-00204-JG |
| JEANETTE SNITKIN | 2:92-cv-00213-JG |
| GEORGE AMENT | 2:92-cv-00269-JG |
| BONNIE ANNE CONNORS | 2:92-cv-00293-JG |
| CREIGHTON L. RIGGS | 2:92-cv-00298-JG |
| GEORGE WOODS | 2:92-cv-00307-JG |
| JOSEPHINE PRIMICK | 2:92-cv-00331-JG |

| Name | Case Number |
|---|---|
| GLORIA A. JOHNSON | 2:92-cv-00369-JG |
| HUGH P. DOUGHERTY | 2:92-cv-00370-JG |
| DOLORES DONOHUE | 2:92-cv-00371-JG |
| DONALD GOODMAN | 2:92-cv-00372-JG |
| RICHARD F. BEERS | 2:92-cv-00517-JG |
| DELMAR NEAL | 2:92-cv-00518-JG |
| JESSIE JAMES | 2:92-cv-00519-JG |
| CHARLES A. WITSEL | 2:92-cv-00520-JG |
| CARLTON F. HARBOLD | 2:92-cv-00522-JG |
| CALVIN G. KLINGER | 2:92-cv-00523-JG |
| ANGELINE LYNCH | 2:92-cv-00524-JG |
| ANNA SUBIEL | 2:92-cv-00530-JG |
| J. BEN KROHN | 2:92-cv-00559-JG |
| DONALD N. GIBBONS | 2:92-cv-00560-JG |
| GLADYS BURRELL | 2:92-cv-00688-JG |
| ELOISE OLIVER | 2:92-cv-00690-JG |
| RUDY NICKISHER | 2:92-cv-00692-JG |
| ELMER DIEHL | 2:92-cv-00693-JG |
| EVA GISH | 2:92-cv-00695-JG |
| MARIE SENIOR | 2:92-cv-00700-JG |
| WILLIAM COOK | 2:92-cv-00703-JG |
| KAY WATTERS | 2:92-cv-00704-JG |
| ANTHONY J. ANTOLINO | 2:92-cv-00738-JG |
| ALEXANDER SALAMON | 2:92-cv-00739-JG |
| CHARLES DeSORTE | 2:92-cv-00740-JG |
| GEORGE WELKER | 2:92-cv-00796-JG |
| ARTHUR W. BROSIUS | 2:92-cv-00976-JG |
| ELAINE DENSHAW | 2:92-cv-00991-JG |
| CATHERINE BOWDEN | 2:92-cv-01002-JG |
| DONALD THRONE KINZER | 2:92-cv-01007-JG |
| BETTY MYERS | 2:92-cv-01008-JG |
| LIN WICKMAN | 2:92-cv-01009-JG |
| ALVIN OLSON | 2:92-cv-01022-JG |
| PAUL SCHLATTER | 2:92-cv-01023-JG |
| DOROTHY HOBBS | 2:92-cv-01038-JG |
| HENRY SMITH | 2:92-cv-01040-JG |
| EDWARD VONDERWEIDT | 2:92-cv-01056-JG |
| GEORGE McINTYRE | 2:92-cv-01057-JG |
| JOHN J. DOLAN | 2:92-cv-01117-JG |
| DOROTHY MORRISON | 2:92-cv-01119-JG |
| ALOYSIUS G. GUMMEL | 2:92-cv-01121-JG |
| HEZEKIAH McKINNEY | 2:92-cv-01122-JG |
| MASON R. LYNCH | 2:92-cv-01268-JG |
| DOROTHY V. SCOTT | 2:92-cv-01285-JG |
| FRANCIS R. MULLIN | 2:92-cv-01286-JG |
| CHARLES PLUMMER | 2:92-cv-01287-JG |
| WILLIE CARTER | 2:92-cv-01288-JG |
| ANN SHIRLEY REESE | 2:92-cv-01479-JG |
| EVELINE MARINO | 2:92-cv-01480-JG |
| SHARON L. SMITH | 2:92-cv-01515-JG |
| EDWARD DOUGHERTY | 2:92-cv-01711-JG |
| MARVIN MILLER | 2:92-cv-01712-JG |
| ALLAN N. MUSCIANESE | 2:92-cv-01801-JG |
| RUTH WERNER | 2:92-cv-01804-JG |
| GERALDINE WORLEY | 2:92-cv-01805-JG |

# CERTIFICATE OF SERVICE

**MAILED:**

- ALAN W. LESSO
- ALBERT S. SHAW
- AMANDA COOPERMAN
- ANN M. O'KEEFE
- ANTOINETTE MC LAUGHLI
- B. ALAN DASH
- C. THOMAS BROWN
- CATHERINE C PYUNE
- CHRISTINE L CIARROCCHI
- CHRISTOPHER PATTERSON
- CLARENCE M. THOMAS
- COLLEEN M. HICKEY
- CRAIG DAVID LANDIN
- CRISTY B. HOLLIN
- E. GRAHAM ROBB
- EDWARD CURTIN
- EDWARD J. WILBRAHAM
- EDWARD M. GARRIGAN-N
- ELLEN BROWN FURMAN
- ESTHER BEREZOFSKY
- EVAMARIE KONOW
- FRANK C. BENDER
- FRANK N. GALLAGHER
- FREDRIC L. GOLDFEIN
- GEORGE E. MCDAVID
- GEORGE M. DEMPSTER
- GEORGE W. HOWARD
- GERSHON D. GREENBLATT
- HOWARD J. LEVIN
- HOWARD J. LEVIN
- I. STEVEN LEVY
- J. SHANE CREAMER
- JACKSON Y. JENNINGS
- JAMES C. LONG
- JAMES R. FREEMAN
- JANE E. MCNERNEY
- JEFFREY B. SCHWARTZ
- JEFFREY C. SCHWARTZ
- JEREMY D. MISHKIN
- JERRY KRISTAL
- JOHN FUSCO
- JOHN B. HANNUM
- JOHN PATRIC KELLEY
- JONATHAN E. RICH
- JOSEPH A. SELLITTI
- JOSEPH D. SHEIN
- JOSEPH J. MALCOLM
- JOSEPH M. O'NEILL
- KATHLEEN D. WILKINSON
- LAURA J. MELTZER
- LAWRENCE E. CURRIER
- LEONARD C. JAQUES
- LESLIE T. BRADLEY
- LISA M. BRITCHKOW
- LISA M. PASSANTE
- M. GEORGE MOORADIAN
- MARILYN HEFFLEY
- MARK N. COHEN
- MARY J. DAVIS
- MARY J.B. EIDELMAN
- MELVIN BROOKMAN
- MITCHELL S. COHEN
- MONTE BRICKER
- NATHAN A. SCHACHTMAN
- NELSON LEVIN
- NICHOLAS S. LIPPINCOTT
- NICOLE L. HERMAN
- NORMAN H. PETTY
- OVERTON S. ANDERSON
- PAUL E. HOLL
- PAUL J. LA BELLE
- PETER A. GLASCOTT
- PETER L. FISS
- PETER MEADO ADELS
- RALPH S. SNYDER
- REGINALD S. KRAMER
- RICHARD B. SCHWARTZ
- RICHARD E. DUNNE
- RICHARD E. RUFFEE
- RICHARD M. SAND
- ROBERT C. THURSTON
- ROBERT P. CORBIN
- RONDA A. JAFFEE
- SAMUEL J. B ANGELL
- SEBASTIAN P LOMBARDI
- SOPHIA L. RANALLI
- STEPHEN BOSCH
- STEPHEN D. ELLIS
- STEPHEN M. SNYDER
- STEPHEN W. WILSON
- STEVEN P. FRANCKHAUS
- SUSAN MCLAUGHLIN
- SUSAN W. DONAGHY
- SUZANNE M. BOHANNON
- TERANCE P. KENNEDY
- THOMAS O'NEILL
- THOMAS J. HAMILL
- TIMOTHY J. MCCUEN
- TOM F. LOVETT
- WILLIAM G. BOYLE
- WILLIAM R. HOURICAN

**EMAILED:**

- ALAN I. REICH
- ALEXANDER EWING
- ANDRE L. DENNIS
- ANDREW J. TREVELISE
- BARBARA J. BUBA
- BARBARA R. BINIS
- BEATRICE O'DONNELL
- BENJAMIN P. SHEIN
- BRENDA M. FLOCK
- C. JAMES ZESZUTEK
- CARL H. DELACATO
- CATHERINE N JASONS
- CHRISTINA G TERSHAKOVE
- CHRISTINE O BOYD
- CHRISTOPHER SANTORO
- CY GOLDBERG
- DANIEL SEGAL
- DANIEL G. CHILDS
- DANIEL J. MAHER
- DANIEL J. RYAN
- DAVID A. DAMICO
- DAVID A. SILVERSTEI
- DAVID B. WINKLER
- DAVID E. BRENNER
- DAVID E. FAUST
- DAVID J. OTIS
- DAVID L. PENNINGTON
- DON ANTHONY INNAMORATO
- DONALD A. MARSHALL
- DONALD R. GOSNAY
- E. LAWRENCE HANNAWAY
- EDWARD RUBIN
- EDWARD M. NASS
- EDWARD O. MOODY
- EDWARD R. PAUL
- ERIC J. KADISH
- EUGENE S. BOGGIA
- FAUSTINO MATTIONI
- FRANK C. B. FRIESTEDT
- FREDERICK M WALTON
- G. DANIEL BRUCH
- GARY H. KAPLAN
- GEOFFREY H. BASKERVILL
- GERALD B. SULLIVAN
- GORDON WAYN RENNEISEN
- GREGORY VOCI
- GREGORY J. KOWALSKI
- HENRY E. BILLINGSLE
- HENRY J. SOMMER
- HERMAN J. WEINRICH
- HOWELL K. ROSENBERG
- IRA S. LEFTON
- IVAN A. GUSTAFSON
- JACK EMAS

## CERTIFICATE OF SERVICE

**EMAILED (CON'T):**

| | | |
|---|---|---|
| JAMES F. RYAN | MARK G. LIONETTI | ROBERT W. HASTINGS |
| JAMES K BRENGLE | MARK R. CUKER | SAMUEL W. SILVER |
| JAMES P. GANNON | MICHAEL A. CANCELLIER | SHERRY L. HOROWITZ |
| JAMES T. FITZGERALD | MICHAEL B. LEH | STEPHEN J. IMBRIGLIA |
| JANET E. GOLUP | MICHAEL B. MCCAULEY | STEVEN B. KANTROWITZ |
| JEFFREY A. KRAWITZ | MICHAEL J. BLOCK | STEVEN H. GRIFFITHS |
| JEFFREY L. PETTIT | MICHAEL J. STACK | STEVEN J. COOPERSTEI |
| JESSICA N. CONE | MICHAEL P. CREEDON | STEVEN R. FISCHER |
| JOAN A. ZUBRAS | MICHAEL S. HINO | STUART M. GOLDSTEIN |
| JOAN F. JAFFE | MITCHELL S. PINSLY | SUZANNE GROSS |
| JOEL D. GUSKY | NEIL B. KITROSSER | SUZANNE GROSS |
| JOHN A. TURLIK | NORMAN PERLBERGER | TERRI TEITELBAUM |
| JOHN F. KENT | NORMAN L. HAASE | THERESE M. KEELEY |
| JOHN F. LEDWITH | PATRICIA M. HENRICH | THOMAS A. KUZMICK |
| JOHN J. DELANY | PATRICK J. STAPLETON | THOMAS C. REGAN |
| JOHN J. DUGAN | PAUL F. LANTIERI | THOMAS E. KOPIL |
| JOHN W. MORRIS | PETER A. DUNN | THOMAS E. TYLER |
| JONATHAN WHEELER | PETER C. GARDNER | THOMAS J. MARSHALL |
| JOSEPH J. SERRITELLA | PETER J. NEESON | THOMAS J. MCGARRIGLE |
| JOSEPH P. SULLIVAN | R. THOMAS MCLAUGHLIN | THOMAS J. MIKULA |
| JOSEPH W. GIBLEY | RHONDA HILL WILSON | THOMAS R. ANAPOL |
| KENNETH J. POWELL | RICHARD A. CURTIS | TIFFANY F. TURNER |
| KENNETH M. PORTNER | RICHARD C. POLLEY | TIMOTHY B. BARNARD |
| KEVIN C. TIERNEY | RICHARD K. HOHN | TIMOTHY I. MCCANN |
| KEVIN J. O'BRIEN | RICHARD N. WATTS | VINCENT F. REILLY |
| LARRY HAFT | RICHARD P. MYERS | VINCENT R. MCGUINNESS |
| LAURENCE H. BROWN | ROBERT A. NICHOLAS | W. MATTHEW REBER |
| LAWRENCE R. COHAN | ROBERT E. PAUL | WALTER S. JENKINS |
| LEE B. BALEFSKY | ROBERT E. SWICKLE | WAYNE A. GRAVER |
| LEIGH BECHTLE | ROBERT J. HAFNER | WESLEY R. PAYNE |
| LISA BETH FLICKSTEIN | ROBERT J. MURPHY | WILLIAM A. JONES |
| LISE LUBORSKY | ROBERT J. O'SHEA | WILLIAM C. FOSTER |
| LOUIS BELL | ROBERT N. PEIRCE | WILLIAM F. MUELLER |
| M. DUNCAN GRANT | ROBERT N. SPINELLI | WILLIAM J. CATTIE |
| MARC P. WEINGARTEN | ROBERT S. DAVIS | WILLIAM J. O'BRIEN |
| MARGARET A. BARRY | ROBERT S. GOLDMAN | WILLIAM J. SMITH |
| MARK LIPOWICZ | ROBERT V. DELL'OSA | WILLIAM P. FEDULLO |